UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BERNARD RAYBON,<br><br>*Plaintiff,*<br><br>vs.<br><br>LANDON REYES,<br><br>*Defendant.* | Case No. 2:13-cv-01115-APG-NJK<br><br>**ORDER** |

     Plaintiff has not filed a response to the Court's order (Dkt. #6) directing that he show cause why the action should not be dismissed as not cognizable under *Heck v. Humphrey*, 512 U.S. 477 (1994). The order informed plaintiff that a failure to respond would result in dismissal of the action without further advance notice. As also noted in the prior order, plaintiff no longer is in custody, and the prison mailbox rule therefore does not apply to determine the timeliness of his filings.

     **IT THEREFORE IS ORDERED** that this action shall be DISMISSED without prejudice.

     The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

     Dated: MAY 30, 2014.

_____
ANDREW P. GORDON
United States District Judge